In the Matter of the Application of CLAUDE C. TIBBITTS, Sheriff of the County of Albany, Petitioner, for a Certiorari Order against RAYMOND F. C. KIEB, Chairman of the State Commission of Correction, and Others, Respondents.— Motion for dismissal of certiorari proceedings denied, and petition of Joseph H. Henchy to intervene and be substituted as petitioner in said proceedings granted, without costs.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of MICHAEL J. SWEENEY for an Examination of the Ballots Cast at Election, Pursuant to the Provisions of Section 333 of the Election Law.— Order denying motion to vacate reversed, on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the irregularities constituting the basis of the application for examination of ballots were entirely unsubstantial, and on the further ground that such examination of the ballots would be futile in view of the failure to preserve the ballots in accordance with the law.  Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH S. STERLING, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.— Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ISAAC LEVIN, Appellant, v. HARRY BEDIK and Others, Respondents, Impleaded with Others.— Order reversed, on the law and facts, with ten dollars costs and disbursements, on the ground that no sufficient reason appears for opening the default after sale in foreclosure.  Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

NEW YORK POWER AND LIGHT CORPORATION, Respondent, v. DAVID GREGG, Appellant, and Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM D. BRINNIER, JR., and Others, as Surviving Executors, etc., of WILLIAM D. BRINNIER, Deceased, Appellants, v. SELMA HUDSON, Sometimes Known as SELMA KELBERSBERGER, Respondent, Impleaded with Others.— Order modified by striking from the first adjudicating part of the order the words " whether or not payment has been made of the principal or interest on said bond and mortgage; the amount of such payments, if any; the time and place, when and where, such payments were made, the amount which remains due, together with the interest on said bond and mortgage," and as so modified the order is affirmed, without costs.  Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Final Judicial Settlement of the Accounts of Proceedings of CELANIRE FISHER, as Administratrix, etc., of CHARLES FISHER, Deceased.— Decree unanimously affirmed, with costs against the appellants.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ABRAHAM B. MERKEL, Respondent, v. THOMAS JENKINS, Defendant, and HARVEY H. WESTERVELT, Appellant.  BERTHA L. MERKEL, Respondent, v. THOMAS JENKINS, Defendant, and HARVEY H. WESTERVELT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ERNEST A. GRIFFIN, Respondent, v. PURE OIL COMPANY, Appellant.— Judgment unanimously affirmed, with costs.  Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.